UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CHRISTOPHER HOSKINSON,

     Plaintiff,

v.                               Case No. 5:18cv75-MCR-CJK

DAVID MADDOX, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

On April 12, 2018, the undersigned entered an order (doc. 4) advising that plaintiff's complaint and motion to proceed *in forma pauperis* were deficient in that they were not filed on the required Northern District forms. The undersigned directed the clerk to forward plaintiff the proper forms and allowed plaintiff 30 days in which to file an amended complaint and a completed motion to proceed *in forma pauperis*. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

Plaintiff filed an amended complaint within the time allowed.  He also filed a document the undersigned construed as a motion for an extension of time to file a proper *in forma pauperis* motion.  The undersigned entered an order (doc. 7) allowing plaintiff an additional 14 days in which to file a motion to proceed *in forma pauperis* in proper form.  After more than 14 days passed and plaintiff had not complied, the undersigned entered an order directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court and advising that should he fail to do so, the undersigned would recommend that the matter be dismissed.  More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 19th day of June, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**